**Order entered February 13, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01329-CV

### ALBERT LUTTERODT, Appellant

### V.

### EMILY LANE OWNERS ASSOCIATION, INC., ET AL., Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-12648-G**

## ORDER

Before the Court is the February 10, 2015, agreed joint motion to order the completion of the reporter's record, strike appellant's brief and extend time for all parties to file their briefs. In their motion, the parties complain that the submitted reporter's record is not complete; it is missing the trial exhibits and appears to exclude other discussion on the record.

To the extent the motion requests this Court to order the court reporter to supplement the record with the exhibits, the motion is **GRANTED**. We **ORDER** court reporter Velicia Dobbins to file a supplemental record containing all exhibits from the trial no later than **FIFTEEN DAYS** from the date of this Order.

To the extent the motion requests this Court to order the court reporter to supplement the record with "other discussions on the record," the motion is **DENIED** without prejudice, to filing a request for a supplemental record providing, with specificity, the dates and information missing from the submitted record.

To the extent the motion requests this Court to strike appellant's brief, the motion is **DENIED**. Appellant may amend his brief and if appellant amends his brief, it must be filed no later than **THIRTY DAYS** after the record is complete. Appellees' briefs shall be due **THIRTY DAYS** after appellant's amended brief is filed.

/s/    CRAIG STODDART
JUSTICE